UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  Cause No. 1:20-cr-00112-JMS-KMB |
| | ) |
| TONY CUSHINGBERRY-MAYS, | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF NON-REDACTION OF TRANSCRIPT**

Comes now the United States of America, by counsel, Zachary A. Myers, United States Attorney for the Southern District of Indiana, and Jayson W. McGrath, Assistant United States Attorney, hereby notifies the Court that pursuant to Rule 49.1 of the Federal Rules of Criminal Procedure and Southern District of Indiana Rule 80-2, it has reviewed the transcript of Change of Plea hearing held on July 7, 2022 (Docket No. 125). The United States hereby notifies this Court that there are no personal identifiers that should be redacted prior to the electronic filing of the official transcript.

Respectfully submitted,

ZACHARY A. MYERS
United States Attorney

By:   *s/Jayson W. McGrath*
Jayson W. McGrath
Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I certify that on August 2, 2023, a copy of the foregoing was filed electronically. Any parties appearing in this case may access this filing through the Court's system.

                By:    <u>s/Jayson W. McGrath</u>
                        Jayson W. McGrath
                        Assistant United States Attorney
                        United States Attorney's Office
                        Southern District of Indiana
                        10 W. Market St., Suite 2100
                        Indianapolis, Indiana 46204
                        (317) 226-6333